

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2020

No. 04-20-00330-CV

**IN RE J.O.H., A.F.B., H.R., J.J.R., AND A.L.D., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00260
Honorable Peter A. Sakai, Judge Presiding

**O R D E R**

On August 20, 2020, we ordered court reporter Angelica Jimenez to file her portion of the reporter's record by August 31, 2020. In that order, we advised Ms. Jimenez that if she was not responsible for any portion of the record, she must file a notification stating such. On August 31, 2020, Ms. Jimenez filed a notification stating she was not responsible for any portion of the reporter's record. Accordingly, the appellate record is complete. The appellant's brief is due **by September 21, 2020**. *See* TEX. R. APP. P. 38.6(a).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court

